IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION CINCINNATI

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 1:02-cr-00157** |
| Plaintiff, | |
| vs. | **JUDGE DLOTT** |
| **STEVEN RENNICK** | **MOTION FOR SUBSTITUTION OF COUNSEL** |
| Defendant. | |

_____

Now comes the Defendant, **STEVEN RENNICK**, and hereby respectfully moves this Honorable Court to permit **RION, RION & RION, L.P.A.**, **INC.**, to substitute as counsel for the Defendant and hereby relieve**, KENNETH LAWSON,** as Defendant's counsel of record.  Mr. Lawson has been contacted and gave telephone approval for substitution of counsel on November 17, 2004.

    **Respectfully Submitted,**

    S/ John H. Rion
    **JOHN H. RION (#0002228)**
    **JON PAUL RION (#0067020)**
    **RION, RION & RION, L.P.A., INC.**
    Suite 2150
    130 West Second Street, Ltd
    P. O. Box 10126
    Dayton, Ohio  45402
    (937) 223-9133

Dt

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a copy of the foregoing was served upon the U.S. Attorney on the same day of filing.

**S/John H. Rion**
**JOHN H. RION**
**RION, RION & RION, L.P.A., INC.**

Dt