

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION CINCINNATI

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 1:02-cr-00157** |
| Plaintiff, | |
| vs. | **JUDGE DLOTT** |
| **STEVEN RENNICK** | <u>**MOTION FOR SUBSTITUTION OF COUNSEL**</u> |
| Defendant. | |

Now comes the Defendant, **STEVEN RENNICK**, and hereby respectfully moves this Honorable Court to permit **RION, RION & RION, L.P.A., INC.**, to substitute as counsel for the Defendant and hereby relieve, **KENNETH LAWSON,** as Defendant's counsel of record.  Mr. Lawson has been contacted and gave telephone approval for substitution of counsel on November 17, 2004.

Respectfully Submitted,

<u>S/ John H. Rion</u>
**JOHN H. RION (#0002228)**
**JON PAUL RION (#0067020)**
**RION, RION & RION, L.P.A., INC.**
Suite 2150
130 West Second Street, Ltd
P. O. Box 10126
Dayton, Ohio  45402
(937) 223-9133

Dt