```
 1            If you request, Mr. Rennick, I'll order the clerk
 2   of courts to file your notice of appeal immediately after
 3   the judgment is filed, and, if not, Mr. Gallagher, will you
 4   protect the rights of the defendant?
 5            MR. GALLAGHER:  Judge, I will.  I have already
 6   spoken to Mr. Rennick about the potential outcomes of the
 7   sentencing hearing.  He would like to appeal.
 8            THE COURT:  And are you going to be responsible
 9   for filing it, or do you want the clerk?
10            MR. GALLAGHER:  Judge, if the clerk would.  I
11   don't know what the financial situation is going to be from
12   this point forward because of forfeiture proceedings that
13   are engaged in state court.  But either new counsel is
14   either going to be appointed or retained to pursue it.
15            THE COURT:  All right.  That's fine.
16            Mr. Brichler, what's the custodial status of the
17   defendant?
18            MR. BRICHLER:  Your Honor, Mr. Rennick is free on
19   bond that was posted when this case was initially brought.
20   I spoke with Pretrial Services, and he's complied with all
21   the requested Pretrial Services, and we would request the
22   Court consider allowing Mr. Rennick to self report.
23            THE COURT:  All right.  Who have we got from the
24   marshals here?  Did I see Joel somewhere?
25            Nobody here from the marshals.  Okay.  I'm not
```

Exhibit One