IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

WESTERN DIVISION CINCINNATI

2005 JAN 18 PM 2:33

| | |
|---|---|
| STEVE RENNICK, SR. | |
| Movant/Defendant | Crim. No.: 1:02-CR-00157 |
| vs | Hon. Susan J. Dlott |
| UNITED STATES OF AMERICA | U.S. District Judge |
| Respondent | |

### NOTICE REMOVING COUNSEL

Comes the defendant, Steve Rennick, Sr., pro se, and notices this Honorable Court that defendant has requested Attorney John Paul Rion and Attorney John H. Rion and their firm, Rion, Rion and Rion, be deleted as counsel for the defendant and further that the court fail to recognize any pleading or motion submitted by them on defendant's behalf. Said attorneys shall continue representing defendant in a related State Court forfeiture matter. Defendant shall be considered pro se until alternate counsel, if any, shall so notice an appearance.

Respectfully submitted,

January 12, 2005

*Steve Rennick*
Steve Rennick, Sr.
#04050-032  HCU
Federal Medical Center
P.O. Box 14500
Lexington, KY 40512

CERTIFICATE OF SERVICE

I certify a true copy of the foregoing was forwarded, postage pre-paid, to the Court and AUSA Robert C. Brichler, at the addresses below:

Clerk of the Court
U.S. District Court
Southern District of Ohio
Western Cincinnati Division
Cincinnati, OH 45202

Robert C. Brichler, AUSA
221 E. 4th Street
Suite 400
Cincinnati, OH 45202

_Steve Rehnick Sr._
Steve Rehnick, Sr.