IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

STEVE RENNICK, SR.,                    :
                                       :
        Petitioner                     :
                                       :   Case No.    1:05cv50
    v.                                 :               1:02cr157(3)
                                       :
UNITED STATES OF AMERICA               :   District Judge Susan J. Dlott
                                       :
        Respondent                     :

**O R D E R**

This matter is before the Court pursuant to Petitioner's motion to vacate, set aside or correct his sentence under 28 U.S.C. § 2255.

It is ORDERED that the Clerk serve a copy of this order upon the United States Attorney, such service to constitute notice to answer or otherwise plead to the complaint pursuant to Rule 4(b) and 5 of the Rules Governing Section 2255 Proceedings within twenty (20) days of the date of this Order.

IT IS SO ORDERED.

                                           ___s/Susan J. Dlott_____
                                           Susan J. Dlott
                                           United States District Judge