UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| STEVE RENNICK, SR., | : | C-1-05-00050 |
| | : | CR-1-02-157-3 |
| Petitioner, | : | |
| | : | **UNITED STATES' MOTION FOR** |
| v. | : | **EXTENSION OF TIME TO FILE** |
| | : | **RESPONSE** |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Respondent. | : | J. Dlott |

- - - - - - - - - - - - - - - - - - - - - - -

On January 26, 2005, the petitioner filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. This Court, on February 4, 2005, ordered the United States to respond within twenty days. The petitioner's motion is lengthy and contains many new factual assertions which require investigation prior to filing a response. Accordingly, the United States requests an extension of thirty days to respond to the motion.

Respectfully submitted,

GREGORY G. LOCKHART
United States Attorney


s/Robert C. Brichler
ROBERT C. BRICHLER (0017745)
Assistant United States Attorney
221 East Fourth Street, Suite 400
Cincinnati, Ohio  45202
(513) 684-3711
Fax:  (513) 684-2047
Robert.Brichler @usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing was served this 17th day of February, 2005, by regular U.S. Mail on Steve Rennick, Sr., #04050-032, Federal Medical Center, P.O. Box 14500, Lexington, Kentucky 40512.

s/Robert C. Brichler
ROBERT C. BRICHLER (0017745)
Assistant United States Attorney
