UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

WESTERN DIVISION

05 MAR -2 A 11:01

Granted to 4/15/05
Susan J. Dlott
March 4, 2005

| | |
|---|---|
| STEVE RENNICK, SR. | ) |
| Movant/Defendant | ) C-1-05-00050 |
| vs | ) CR-1-02-157-3 |
| UNITED STATES OF AMERICA | ) Hon. Susan J. Dlott |
| Respondent | ) U.S. District Judge |

MOTION TO SUPPLEMENT BY ADDENDUM

MOVANT'S MOTION TO VACATE, SET ASIDE

OR AMEND SENTENCE PURSUANT TO 28 USC § 2255

Comes the defendant, Steve Rennick, Sr., pro se, and moves this court for leave to file the Addendum to defendant's motion pursuant to 28 USC § 2255 and in support does state as follows:

On January 26, 2005, defendant filed his timely petition pursuant to 28 USC § 2255. The defendant filed on this date because at that time he believed his one year time deadline was expiring to file said motion on January 28, 2005. At the time of the mailing the defendant had not received a copy of the court's response on his request to reinstate his right of direct appeal.

Subsequent to the filing the defendant received an order from the court concerning the defendant's Appellate Rights. The

-1-

198