```
                                              FILED
                                         JAMES BONINI
                                             CLERK

         UNITED STATES DISTRICT COURT    05 APR 27 AM 11:26

          SOUTHERN DISTRICT OF OHIO       U.S. DISTRICT COURT
                                         SOUTHERN DIST. OHIO
             CINCINNATI DIVISION         WEST DIV CINCINNATI
```

<br>

| | |
|---|---|
| STEVE RENNICK, SR., | ) |
| Movant/Defendant, | ) CV-1-05-00050 |
| vs | ) CR-1-02-157-3 |
| UNITED STATES OF AMERICA, | ) Hon. Susan J. Dlott |
| Respondent, | ) U.S. District Judge |

### NOTICE OF FAILURE TO RESPOND

Comes the defendant, Steve Rennick, Sr., pro se, and does notice the Court as to the Respondent's failure to respond, and states as follows:

Defendant timely filed a Motion pursuant to 28 USC § 2255 on January 26, 2005. (Case No. CV 1:05CV00050). On February 4, 2005, this Court ordered the United States to respond by February 24, 2005. On February 17, 2005, the Respondent requested, and ultimately received, an extension until March 28, 2005, to respond. The docket reveals no further requests for extension.

The defendant hereby notices the Court of Respondent's failure to abide by the Court's order or to otherwise advise, and requests the Court to advise defendant as to what amount of time would be appropriate to seek a Summary Judgment.

Respectfully submitted,

*Steve Rennick Sr.*
Steve Rennick, Sr.
#04050-032
Federal Medical Center
P.O. Box 14500
Lexington, KY  40512

## CERTIFICATE OF SERVICE

I, Steve Rennick, Sr., do hereby certify that the original of this document was filed with the Court Clerk identified below and a true and correct copy was further sent to the other party or parties identified below by depositing same into the prison legal mail box, postage prepaid, on the 26 day of April 2005.

Clerk of the Court
U.S. District Court
Southern District of OH
U.S. Courthouse
100 East Fifth Street
Cincinnati, OH 45202

*Steve Rennick Sr.*

Robert C. Brickler, AUSA
221 E. 4th Street
Suite 400
Cincinnati, OH 45202