IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff(s) | : |
| | : Case Number: 1:02cr157-3 |
| vs. | : |
| | : District Judge Susan J. Dlott |
| STEVE RENNICK, SR. | : |
| Defendant(s) | : |

ORDER

The Federal Public Defender for the Southern District of Ohio, 2000 CBLD Center, 36 East Seventh Street, Cincinnati, Ohio, 45202, 513-929-4834, is appointed to represent this defendant in these proceedings.

    s/Susan J. Dlott
Susan J. Dlott
United States District Judge