IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff(s) | : |
| | : Case No. 1:02cr157-3 |
| v. | : |
| | : District Judge Susan J. Dlott |
| STEVE RENNICK, SR. | : |
| Defendant(s) | : |

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

To:   United States Marshal
      Southern District of Ohio

      and/or

      The Warden of Lexington FMC
      P.O. Box 14500
      Lexington, Ky. 40512

    We command you, that you have the body of Steven Rennick, Sr. now being detained in Lexington FMC, Inmate #04050-032, under your custody, as it is said, under safe and secure conduct, before the Honorable Susan J. Dlott of our District Court within and for the district aforesaid on October 28, 2005 at 2:00 p.m., for a SENTENCING HEARING and said prisoner to remain within said and for the district pending the complete resolution of the charges and then that you return the said Steve Rennick, Sr. to Lexington FMC, under safe and secure conduct, and have you then and there this Writ.

    Certified copy of this Writ shall be authority for the United States Marshal for the Southern District of Ohio and/or the Warden of Lexington FMC.

*Susan J. Dlott*
Susan J. Dlott
United States District Judge