IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

                                                                           Case Number: 1:02cr157

vs.

                                                                           District Judge Susan J. Dlott

STEVEN RENNICK, SR.

NOTICE

The SENTENCING HEARING previously scheduled for October 31, 2005 is hereby VACATED.

                                                                           JAMES BONINI, CLERK

                                                                           ___s/William Miller_____
                                                                           William Miller
                                                                           Case Manager
                                                                           (513) 564-7630