FILED
JAMES BONINI
CLERK

05 OCT 31 AM 10: 46

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 1-02-CR-157 |
| Plaintiff, | : | Judge Dlott |
| v. | : | |
| STEVE RENNICK, SR., | : | **MOTION TO WITHDRAW GUILTY PLEA** |
| Defendant. | : | |

Defendant Steve Rennick, Sr. respectfully moves this court to allow him to withdraw his guilty pleas previously enter on August 18, 2003. Defendant Rennick renews his previously filed Motion to Withdraw Plea, filed on February 10, 2004, and incorporates by reference his Motion to Withdraw Plea and attached affidavit from Defendant Rennick. Defendant Rennick also incorporates by reference any previously filed motions, pleading, affidavits or other documents filed in support of his February 10, 2004 motion or in support of his action to challenge his conviction pursuant to 28 U.S.C. 2255.

Specifically, Defendant Rennick submits that he should be permitted to withdraw his Guilty plea due to the fact that the United States breached the terms of its plea Agreement, and because he was denied the effective assistance of counsel when he entered into the plea agreement.

Respectfully Submitted,

*Steve Rennick Sr.*
Steve Rennick Sr.
Grant County Detention Center
212 Barnes Road
Williamstown, Kentucky 41097

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon Robert C. Brichler, Assistant United States Attorney, fax on this 28th day of October, 2005.

s/W. Kelly Johnson
W. Kelly Johnson