UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

WESTERN DIVISION

05 OCT 26 PM 1:50

FILED
JAMES BONINI
CLERK

Denied
Susan J. Dlott
12/6/05

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff/Respondent, | Case No. 1:02-CR-157 SJD |
| vs | Hon. Susan J. Dlott |
| STEVE RENNICK, SR., | U.S. District Judge |
| Defendant/Movant | |

## MOTION FOR RELEASE ON BOND
## PENDING APPEAL

Comes the defendant, Steve Rennick, Sr., pro se, and respectfully moves this court for an Order releasing defendant on bail or bond pending his appeal now filed and pending before the United States Court of Appeals for the Sixth Circuit (hereinafter "Sixth Circuit").

As a preliminary matter, the defendant avers that he is not an attorney; has no legal or professional training pertaining to the preparation and filing of legal motions or memorandums. The defendant seeks notice of such limitations and prays this court to construe his pleadings liberally in light of the Supreme Court holding in Haines v. Kerner, 404 U.S. 519, 30 L.Ed.2d 652 (1972); Cruz v. Beto, 405 U.S. 319 (1972); Lawler v. Marshall, 898 F.2d 1196 (6th Cir. 1990); Hill v. U.S., 368 U.S. 424, 430 (1962). The