UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **STEVE RENNICK, SR.** | : | CASE No. CV-1-05-050 |
| | : | CR-1-02-157-3 |
| | : | |
| v. | : | |
| | : | **JUDGE DLOTT** |
| | : | |
| **UNITED STATES OF AMERICA** | : | |

### NOTICE OF APPEARANCE OF COUNSEL

Please take notice that Timothy D. Oakley, Assistant United States Attorney, will now appear as lead counsel for United States of America in this matter.

Respectfully submitted,

GREGORY G. LOCKHART
United States Attorney

s/Timothy D. Oakley
TIMOTHY D. OAKLEY (0039965)
Assistant United States Attorney
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202
(513) 684-3711
Fax: (513) 684-2047
Tim.Oakley @usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appearance was served this 30th day of December, 2005, by regular U.S. Mail on Steve Rennick, Sr., No. 04050-032, Federal Medical Center, P.O. Box 14500, Lexington, Kentucky 40512-4500.

                                                s/Timothy D. Oakley
                                                TIMOTHY D. OAKLEY (0039965)
                                                Assistant United States Attorney