IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff(s)

    v.

STEVE RENNICK, SR.

    Defendant(s)

Case No. 1:02cr157(3)-SJD

District Judge Susan J. Dlott

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

To:    United States Marshal
        Southern District of Ohio

        and/or

        The Warden of Lexington, FMC
        P.O. Box 14500
        Lexington, KY

    We command you, that you have the body of STEVE RENNICK, SR. now being detained in Lexington, FMC, Inmate number 04050-032, under your custody, as it is said, under safe and secure conduct, before the Honorable Susan J. Dlott of our District Court within and for the district aforesaid on January 23, 2006 at 10:00 A.M., for a SENTENCING HEARING and said prisoner to remain within said and for the district pending the complete resolution of the charges and then that you return the said STEVE RENNICK, SR. to Lexington, FMC, under safe and secure conduct, and have you then and there this Writ.

    Certified copy of this Writ shall be authority for the United States Marshal for the Southern District of Ohio and/or the Warden of Lexington, FMC.

*Susan J. Dlott*
Susan J. Dlott
United States District Judge