IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA

    vs.                    Case Number: 1:02cr157(3)-SJD

STEVE RENNICK, SR.


CRIMINAL MINUTES: SENTENCING

Defendant appeared with counsel and was sentenced as follows:

Jail term of 63 Months

Conditions/Recommendations:

    Participation in the Inmate Financial Responsibility Program

    Mental Health evaluation and/or counseling at discretion of Bureau of Prisons

4 Years Supervised Release

Conditions:

    Defendant is prohibited from incurring any new credit or establishing any lines of credit until his fine and special assessment are paid in full

    Defendant shall provide Probation Officer access to all requested financial information

Assessment: 100        Fine: 10000        Restitution:

Defendant is remanded to the United States Marshal


Judge:                    Susan J. Dlott

Courtroom Deputy:    William Miller

Court Reporter:       Betty Schwab, Official

Date:                    January 23, 2006