FILED
JAMES BONINI
CLERK

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

WESTERN DIVISION

06 JAN 23 AM 11:22

STEVE RENNICK, SR.,

    Movant/Defendant,

vs

UNITED STATES OF AMERICA,

    Respondent,

Case No. 1:02-CR-157SJD

1:05-CV-0050

Hon. Susan J. Dlott

U.S. District Judge

## NOTICE OF APPEAL

Notice is hereby given that the Movant, Steve Rennick, Sr., pro se, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the final judgment and commitment order entered in the re-sentencing of the defendant by the Honorable Susan J. Dlott, United States District Judge on the 23rd day of JANUARY 2006. This will be a direct appeal of the conviction and sentence.

Dated this 23rd day of JANUARY 2006.

Respectfully submitted,

Steve Rennick, Sr.
#04050-032  HCU
Federal Medical Center
P.O. Box 14500
Lexington, KY 40512

## CERTIFICATE OF SERVICE

I, Steve Rennick, Sr., do hereby certify that the original of this document, Notice of Appeal, was filed with the Court Clerk identified below by hand delivery on the 13rd day of JANUARY 2006

Clerk of the Court
U.S. District Court
100 East 5th Street
Cincinnati, OH 45202

*Steve Rennick, Sr.*
Steve Rennick, Sr.