# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 1-02-CR-157 |
| Plaintiff, | : | Judge Dlott |
| v. | : | |
| STEVE RENNICK, SR., | : | **ORDER PERMITTING** |
| | : | **WITHDRAWAL OF COUNSEL** |
| Defendant. | : | **AND REQUESTING** |
| | | **APPOINTMENT OF APPELLATE** |
| | | **COUNSEL** |

Upon oral motion of the Defendant, and for good cause shown, Attorney W. Kelly Johnson is hereby permitted to withdraw as counsel in this matter. This Court further requests that the United States Court of Appeals for the Sixth Circuit designate counsel to represent Defendant Rennick on his appeal.

                                                      ___s/Susan J. Dlott_____
                                                      Susan J. Dlott
                                                      United States District Court