UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

WESTERN DIVISION

06 FEB 10 AM 11:08

FILED
JAMES BONINI
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Appeal No. _____ |
|     Plaintiff/Respondent, ) | Case No. 1:02-CR-157-SJD |
| vs ) | Hon. Susan J. Dlott |
| STEVEN M. RENNICK, SR., ) | U.S. District Judge |
|     Defendant/Movant, ) | |

MOTION TO TERMINATE COUNSEL

AND PROCEED ON APPEAL PRO SE

Comes the defendant, Steven M. Rennick, Sr., pro se, and moves this court for an order terminating representation by the Federal Public Defenders Office and/or any other appointed counsel and thereby allowing defendant to proceed pro se on direct appeal.

PRELIMINARY STATEMENT

As a preliminary matter, the defendant avers that he is not an attorney; has no legal or professional training pertaining to the preparation and filing of legal motions or memorandums. The defendant seeks notice of such limitations and prays this court to construe his pleadings liberally in light of the Supreme Court holding in Haines v. Kerner, 404 U.S. 519, 30 L.Ed.2d 652 (1972);

Cruz v. Beto, 405 U.S. 319 (1972); Lawler v. Marshall, 898 F.2d 1196 (6th Cir. 1990); Hill v. U.S., 368 U.S. 424, 430 (1962). The allegations and averments in a pro se pleading must be taken as true and construed in favor of the defendant. See Malone v. Colyer, 710 F.2d 258, 260 (6th Cir. 1983).

On October 13, 2005, this court, absent any such request from the defendant, did appoint W. Kelly Johnson of the Federal Public Defenders Office to represent the defendant. [DE-209]. Mr. Johnson then joined the ranks of three other attorneys who provided ineffective representation of the defendant and rendered services substantially below any standard of reasonable conduct. It should be clearly noted that no such appointment of counsel was sought or desired by the defendant who prefers to represent himself pro se.

On January 23, 2006, this court resentenced the defendant to provide for a direct appeal. The defendant made it clear he did not desire Attorney Johnson's representation, but nevertheless allowed him to remain through the resentencing. The defendant understood his services would cease upon the conclusion of the resentencing and the subsequent filing of the notice of appeal which occurred the same day. The notice of appeal was prepared by the defendant pro se.

There was discussion that yet another unwanted attorney would be appointed to assist the defendant on appeal. As of February 5,

2006, the date hereof, the defendant is aware of no such appointment.

The defendant has determined he desires to proceed on appeal pro se. The defendant realizes an attorney will be required should the court desire oral argument and should such occur the defendant will hire same with his own resources.

The defendant realizes this court believes the defendant needs representation and the defendant appreciates the concern, but frankly believes that after a quarter million dollars in attorney fees, and yet still unable to acquire adequate, honest representation, it only makes sense that he decline the offer of further legal services from members of the same fraternity.

The defendant respectfully desires to employ his right to represent himself and, therefore, asks this court to terminate all appointed counsel and direct this clerk and the clerk for the Sixth Circuit Court of Appeals to direct all matters to the defendant.

Respectfully submitted,

February 6, 2006

*Steven M Rennick*
Steven M. Rennick, Sr.
#04050-032   HCU
Federal Medical Center
P.O. Box 14500
Lexington, KY 40512

CERTIFICATE OF SERVICE

I, Steven M. Rennick, Sr., do hereby certify that the original of this document, Motion to Terminate Counsel, was filed with the Court Clerk identified below and a true and correct copy was further sent to the other party or parties identified below by depositing same into the prison legal mail box, postage prepaid, on the 6th day of February 2006.

*[signature: Steven M Rennick Sr]*
Steven M. Rennick, Sr.
#04050-032   HCU
Federal Medical Center
P.O. Box 14500
Lexington, KY 40512

Clerk of the Court
U.S. Court of Appeals
Sixth Circuit
100 E. Fifth Street
Cincinnati, Ohio 45202-3988

Clerk of the Court
U.S. District Court
100 E. Fifth Street
Cincinnati, Ohio 45202

AUSA Robert Brichler
221 E. Fourth Street
Cincinnati, Ohio 45202