*[Handwritten: Denied as moot / Susan J. Dlott / February 13, 2006]*

*[Stamp: FILED JAMES BONINI CLERK  06 FEB 10 AM 11:08]*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|     Plaintiff/Respondent, ) | Appeal No. _____ |
| ) | Case No. 1:02-CR-157-SJD |
| vs ) | Hon. Susan J. Dlott |
| STEVEN M. RENNICK, SR., ) | U.S. District Judge |
|     Defendant/Movant, ) | |

## MOTION TO TERMINATE COUNSEL
## AND PROCEED ON APPEAL PRO SE

Comes the defendant, Steven M. Rennick, Sr., pro se, and moves this court for an order terminating representation by the Federal Public Defenders Office and/or any other appointed counsel and thereby allowing defendant to proceed pro se on direct appeal.

### PRELIMINARY STATEMENT

As a preliminary matter, the defendant avers that he is not an attorney; has no legal or professional training pertaining to the preparation and filing of legal motions or memorandums. The defendant seeks notice of such limitations and prays this court to construe his pleadings liberally in light of the Supreme Court holding in <u>Haines v. Kerner</u>, 404 U.S. 519, 30 L.Ed.2d 652 (1972);

-1-