Case No: 06-3186

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

ORDER

**FILED**

FEB 1 3 2006

LEONARD GREEN, Clerk

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

STEVE RENNICK, SR.

    Defendant - Appellant

Upon consideration of the District Court's order granting the request of W. Kelly Johnson to withdraw as counsel for the appellant,

And further considering the District Court's request that this Court designate counsel on appeal,

It is **ORDERED** that W. Kelly Johnson be withdrawn from the above-styled appeal. This court will appoint new counsel under the terms of the Criminal Justice Act, 18 U.S.C. § 3006A et seq.

ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT.
Leonard Green, Clerk

**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

LEONARD GREEN
CLERK

ROBIN DUNCAN
(513) 564-7027
(FAX) 564-7098
www.ca6.uscourts.gov

Filed: February 13, 2006

W. Kelly Johnson
Office of the Federal Public Defender
Southern District of Ohio
36 E. Seventh Street
Suite 2000 CBLD Center
Cincinnati, OH  45202

Robert Brichler
U.S. Attorney's Office
Southern District of Ohio
221 E. Fourth Street
Suite 400
Cincinnati, OH  45202

RE: 06-3186
    USA vs. Rennick
    District Court No. 02-00157

Enclosed is a copy of an order which was entered today in the above-styled case.

Robin Duncan
Case Manager

Enclosure

cc:
    Honorable Susan J. Dlott
    Mr. James Bonini