No. 06-3186

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
FEB 2 2 2006
LEONARD GREEN, Clerk

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff-Appellee, ) | |
| ) | |
| v. ) | O R D E R |
| ) | |
| Steve Rennick, Sr., ) | |
| ) | |
| Defendant-Appellant. ) | |

Upon consideration of the appellant's letter filed February 16, 2006, informing this court that he does not wish to have counsel appointed and will proceed pro se,

It is **ORDERED** that this Court's Order entered February 13, 2006, granting the appointment of new counsel under the Criminal Justice Act is **VACATED** and the appellant will proceed on appeal pro se.

ENTERED PURSUANT TO RULE 45
SIXTH CIRCUIT RULES

Leonard Green, Clerk

*Leonard Greenfield* (signature)

**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

LEONARD GREEN
CLERK

ROBIN DUNCAN
(513) 564-7027
(FAX) 564-7098
www.ca6.uscourts.gov

Filed: February 22, 2006

Steve Rennick Sr.
Federal Medical Center
04050-032
P.O. Box 14500
Lexington, KY  40512-4500

Benjamin C. Glassman
U.S. Attorney's Office
Southern District of Ohio
221 E. Fourth Street
Suite 400
Cincinnati, OH  45202

RE: 06-3186
    USA vs. Rennick
    District Court No. 02-00157

   Enclosed is a copy of an order which was entered today in the above-styled case.

Robin Duncan
Case Manager

Enclosure

cc:
    Honorable Susan J. Dlott
    Mr. James Bonini