UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No: 06-3186

Filed: July 9, 2007

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

STEVE RENNICK, SR.

    Defendant - Appellant

## MANDATE

Pursuant to the court's disposition that was filed 3/12/07 the mandate for this case hereby issues today.

A True Copy.

Attest:

*Robin Duncan*
Deputy Clerk

COSTS: NO COSTS TAXED

Filing Fee ...........$
Printing ............$
    Total ...........$

**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

LEONARD GREEN
CLERK

ROBIN DUNCAN
(513) 564-7027
(FAX) 564-7098
www.ca6.uscourts.gov

Filed: July 9, 2007

James Bonini
Southern District of Ohio at Cincinnati
100 E. Fifth Street
Suite 103 Potter Stewart U.S. Courthouse
Cincinnati, OH  45202

RE: 06-3186
    USA vs. Rennick
    District Court No. 02-00157

Dear Clerk,

1:02-CR-157SJD

    Enclosed is a copy of the mandate filed in this case.  The certified record was never sent to this Court on appeal.

Very truly yours,
Leonard Green, Clerk

Robin Duncan
Case Manager

cc: Honorable Susan J. Dlott
    Steve Rennick Sr.
    Mr. Benjamin C. Glassman

Mr. James Bonini, Clerk
Southern District of Ohio at Cincinnati
100 E. Fifth Street
Suite 103 Potter Stewart U.S. Courthouse
Cincinnati, OH  45202