IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:02CR157-3;1:07CV594 |
| vs. : | |
| : | District Judge Susan J. Dlott |
| STEVEN RENNICK, SR., : | |
| : | |
| Defendant(s). : | |

ORDER

Pursuant to 28 U.S.C. § 636(b)(1)(A), (B) and (C) and §636(b)(3), the above-captioned matter is hereby referred to Michael R. Merz , United States Magistrate Judge. The Magistrate Judge is empowered to deal with all pretrial and post-judgment motions and procedures, whether dispositive or not, and to render a report and recommendation to the Court on any matters classified as dispositive by statute. No transcript need be prepared on non-dispositive matters.

IT IS SO ORDERED.

    s/Susan J. Dlott
Susan J. Dlott
United States District Judge