IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,          :
                                   :
                                   :   Case Nos.  1:02-cr-157 / 07-cv-594
           v.                      :   Judge Susan J. Dlott
                                   :   Chief Magistrate Judge Michael R. Merz
Steven M. Rennick, Sr.             :

NOTICE OF APPEARANCE

Benjamin C. Glassman, Assistant United States Attorney, Southern District of Ohio, hereby gives notice to the Court and to Defendant Steven Rennick, Sr., that he is entering an appearance as additional counsel for the United States, in the above captioned case, and requests that service of all papers filed in this action be made upon him at the following address:

    Benjamin C. Glassman
    Assistant United States Attorney
    221 East Fourth Street
    Suite 400
    Cincinnati, Ohio  45202

Respectfully submitted,

GREGORY G. LOCKHART
United States Attorney

s/Benjamin C. Glassman
BENJAMIN C. GLASSMAN (0077466)
Assistant United States Attorney
Attorney for Plaintiff
221 East Fourth Street
Suite 400
Cincinnati, Ohio 45202
(513) 684-3711
Fax: (513) 684-6385
Benjamin.Glassman @usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appearance was served this 30th day of August, 2007, by regular U.S. Mail on: Steve Rennick, Sr., #04050-032, Federal Medical Center, P.O. Box 14500, Lexington, KY 40512.

s/Benjamin C. Glassman<br>
BENJAMIN C. GLASSMAN (0077466)<br>
Assistant United States Attorney