# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

      Plaintiff,      :      Case No. 1:02-cr-157 (3)
                                          Also 1:07-cv-594

                                          District Judge Susan J. Dlott
    -vs-                                   Chief Magistrate Judge Michael R. Merz
                                          :

STEVEN M. RENNICK, SR.,

      Defendant.

---

## ORDER FOR THE APPOINTMENT OF COUNSEL

---

      Having considered the pleadings in this case, it appears to the Court that an evidentiary hearing will probably be needed. Under this Court's Criminal Justice Act Plan and the Rules Governing § 2255 Cases, appointment of counsel is mandatory when an evidentiary hearing will be held. Accordingly, it is hereby ORDERED that Attorney Lawrence Greger of the Court's Criminal Justice Act panel be, and he hereby is, appointed as counsel for the Defendant Steven M. Rennick, Sr.

October 9, 2007.

                                                             s/ **Michael R. Merz**
                                                   Chief United States Magistrate Judge