# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

       Plaintiff,      :      Case No. 1:02-cr-157 (3)
                                             Also 1:07-cv-594

                                             District Judge Susan J. Dlott
   -vs-                                    Chief Magistrate Judge Michael R. Merz
                                     :

STEVEN M. RENNICK, SR.,

       Defendant.

---

## ORDER SETTING EVIDENTIARY HEARING

---

This case came on for scheduling conference by telephone at 3:00 P.M. on Wednesday, January 16, 2008. Attorneys Lawrence Greger and Benjamin Glassman participated on behalf of their respective clients.

This case is hereby set for evidentiary hearing on the § 2255 Motion at 9:30 A.M. on Monday, March 3, 2008. Counsel for Mr. Rennick shall file, not later than February 1, 2008, a list of the witnesses he intends to call and motions for writs of habeas corpus ad testificandum for any witnesses whose attendance must be procured in that manner.

January 16, 2008.

                                                                    s/ **Michael R. Merz**
                                                          Chief United States Magistrate Judge