# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,          :

     Plaintiff.          :          Civil No.  1:02-cr-157(3)
                                    Also 1:07-cv-594

~ vs ~          :
                                    District Judge Susan J. Dlott
STEVEN M. RENNICK, SR.,          :          Chief Magistrate Judge Michael R. Merz

     Defendant.          :

---

## ORDER RE-SETTING EVIDENTIARY HEARING

---

Due to a recently arisen conflict on the Court's calendar, the evidentiary hearing previously set for March 3, 2008 is VACATED and RESET for March 20, 2008 at 9:30 a.m. Counsel for Mr. Rennick shall file, not later than February 1, 2008, a list of the witnesses he intends to call and motions for writs of habeas corpus ad testificandum for any witnesses whose attendance must be procured in that manner.

January 28, 2008.

                                      *Michael R. Merz*
                            United States Magistrate Judge