**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO.  1:02-CR-157(3) |
| | | ALSO  1:07-CV-594 |
| | : | |
| Plaintiff | | District Judge Susan J. Dlott |
| | : | Chief Magistrate Judge Michael Merz |
| - vs - | | |
| | : | |
| STEVEN M. RENNICK, SR. | | |
| | : | |
| Defendant | | |

_____

NOTICE OF FILING OF DEFENDANT'S WITNESS LIST
FOR EVIDENTIARY HEARING
_____

Comes now the Defendant, by and through counsel, and hereby submits his witness list for the people whose presence is required at the Evidentiary Hearing in the above mentioned case currently scheduled for Monday, March 20, 2008 at 9:30 a.m. The list is as follows:

Mr. Matthew Alton Elliott
2411 Harper Ave
Cincinnati, Ohio  45212

Mr. Demetrious Ball
1132 Intercircle Ave.
Cincinnati, Ohio  45240

Mr. Richard Goldberg, Esq.
2662 Madison Rd
Cincinnati, Ohio  45208

Mr. Gregory A. Cohen, Esq.
The Citadel
114 East 8th Street
Cincinnati, Ohio

Mr. Anthony David Battles
Hamilton County Justice Center
1000 Sycamore Street
Cincinnati, Ohio 45202

Kenneth Levon Lawson

Mr. Kent Bradshaw
c/o Earth Management Trucking Co.
1975 North Bend Rd.
Cincinnati, Ohio 45224

Mrs. Rebecca Turnbull
450 Emerson Ave.
Hamilton, Ohio  45013

Ms. Phyllis Rennick
2 Peachtree Ct.
Fairfield, Ohio  45014

Mr. Steve Rennick, Jr
12 Peachtree Ct.
Fairfield, Ohio  45014

Ms. Jennifer Meacham
2 Peachtree Ct.
Fairfield, Ohio  45014

Mr. Mark Thurman
# 55674-004
Federal Medical Center
P.O. Box 14500
Lexington, KY.  40512

Mr. Steven J. Rennick, Sr.
#04050-032
Federal Medical Center
P.O. Box 14500
Lexington, KY.  40512

Respectfully submitted:

S/:Lawrence J. Greger
Lawrence J. Greger
Attorney at Law 0002592
Suite 1100 Liberty Tower
120 W. Second Street
Dayton, OH 45402
(937) 223-3153
lgreger912@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record were electronically served with a copy of the foregoing notice on the date it was electronically filed with the court.

S/:Lawrence J. Greger
Lawrence J. Greger