IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO.  1:02-CR-157(3) |
| | | ALSO        1:07-CV-594 |
| Plaintiff | : | |
| | | District Judge Susan J. Dlott |
| | : | Chief Magistrate Judge Michael Merz |
| - vs - | | |
| | : | |
| STEVEN M. RENNICK, SR. | | |
| | : | |
| Defendant | | |

---

**DEFENDANT'S MOTION OF WRIT OF HABEAS
CORPUS AD TESTIFICANDUM**

---

Now comes Defendant, by and through counsel, and moves this Court for an order to have the person of Steven M. Rennick, Sr., Inmate #04050-032 at the Federal Medical Center in Lexington, KY., transported under safe and secure conduct before the United States District Court Chief Magistrate Judge for the Southern District of Ohio for an evidentiary hearing scheduled for Monday, the 20th day of March, 2008 at 9:30 a.m. at the United States District Court, 200 W. Second Street, fifth floor, Dayton, Ohio and to remain within said District until the conclusion of the evidentiary hearing.

        Respectfully submitted:

        S/:Lawrence J. Greger
        Lawrence J. Greger
        Attorney at Law 0002592
        Suite 1100 Liberty Tower
        120 W. Second Street
        Dayton, OH 45402
        (937) 223-3153

**CERTIFICATE OF SERVICE**

    I hereby certify that all counsel of record were electronically served with a copy of the foregoing motion on the date it was electronically filed with the court.

S/:Lawrence J. Greger
Lawrence J. Greger
