# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO.    1:02-CR-157(3) |
| | | ALSO           1:07-CV-594 |
| | : | |
| Plaintiff | | District Judge Susan J. Dlott |
| | : | Chief Magistrate Judge Michael Merz |
| - vs - | | |
| | : | |
| STEVEN M. RENNICK, SR. | | |
| | : | |
| Defendant | | |

## DEFENDANT'S MOTION OF WRIT OF HABEAS CORPUS AD TESTIFICANDUM

Now comes Defendant, by and through counsel, and moves this Court for an order to have the person of Mark Cecil Thurman, Inmate #55674-004 at the Federal Medical Center in Lexington, KY., transported under safe and secure conduct before the United States District Court Chief Magistrate Judge for the Southern District of Ohio for the purpose of being a witness in the evidentiary hearing in the above referenced case scheduled for Monday, the 20th day of March, 2008 at 9:30 a.m. at the United States District Court, 200 W. Second Street, fifth floor, Dayton, Ohio and to remain within said District until the conclusion of the evidentiary hearing.

Respectfully submitted:

S/:Lawrence J. Greger
Lawrence J. Greger
Attorney at Law 0002592
Suite 1100 Liberty Tower
120 W. Second Street
Dayton, OH 45402
(937) 223-3153

## **CERTIFICATE OF SERVICE**

      I hereby certify that all counsel of record were electronically served with a copy of the foregoing motion on the date it was electronically filed with the court.

S/:Lawrence J. Greger
Lawrence J. Greger
