**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO.        1:02-CR-157(3) |
| | | ALSO              1:07-CV-594 |
| | : | |
| Plaintiff | | District Judge Susan J. Dlott |
| | : | Chief Magistrate Judge Michael Merz |
| - vs - | | |
| | : | |
| STEVEN M. RENNICK, SR. | | |
| | : | |
| Defendant | | |

---

**DEFENDANT'S WITHDRAW OF THE MOTION FOR**
**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

---

Now comes Defendant, by and through counsel, and having previously filed a

Motion for Writ of Habeas Corpus Ad Testificandum to have the person of Mark Cecil

Thurman, Inmate #55674-004 at the Federal Medical Center in Lexington, KY.,

transported to the Southern District of Ohio for the purpose of being a witness in the

evidentiary hearing in the above referenced case scheduled for Monday, the 20th day of

March, 2008 at 9:30 a.m. herein respectfully withdraws that motion and therefore

striking him from Defendant's witness list filed February 1, 2008.

Respectfully submitted:

S/:Lawrence J. Greger
Lawrence J. Greger
Attorney at Law 0002592
Suite 1100 Liberty Tower
120 W. Second Street
Dayton, OH 45402
(937) 223-3153
lgreger912@aol.com

## **CERTIFICATE OF SERVICE**

   I hereby certify that all counsel of record were electronically served with a copy of the foregoing withdraw of motion on the date it was electronically filed with the court.


                  S/:Lawrence J. Greger
                  Lawrence J. Greger