# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No: 1:02-cr-157(3) |
| | | 1:07-cv-594 |
| - vs - | : | |
| | | District Judge Susan J. Dlott |
| STEVEN M. RENNICK, SR., | : | Chief Magistrate Judge Michael R. Merz |
| | : | |
| Defendant. | | |

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO THE WARDEN, FEDERAL MEDICAL CENTER, LEXINGTON, KENTUCKY
TO THE UNITED STATES MARSHAL FOR THE SOUTHERN DISTRICT OF OHIO:
AND TO ANY OTHER AUTHORIZED LAW ENFORCEMENT OFFICER:

We command you, that you have the person of **STEVEN M. RENNICK, SR., Inmate #04050-032** in the Federal Medical Center, Lexington, Kentucky, under safe and secure conduct, before the undersigned United States Magistrate Judge for the Southern District of Ohio, on the **20th day of March, 2008 at 9:30 a.m.** for an evidentiary hearing at the United States District Court, 200 West Second Street, Courtroom #4, Fifth Floor, Dayton, Ohio.

We further command you, that said **STEVEN M. RENNICK, SR.** is to be present pending testimony in the pending case, and then that you return him to the said Federal Medical Center, under safe and secure conduct, and have you then and there this Writ. The Warden shall provide transportation to and from said hearing.

Certified copy of this Writ shall be authority for the United States Marshal and any other authorized law enforcement officer to act in the premises.

February 7, 2008.

*s/ Michael R. Merz*
United States Magistrate Judge

RETURN

This writ was received and executed with the transportation of the above-named inmate as follows:

_____.

Date Received:_____

Date of Return:_____

_____
Officer