IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO.   1:02-CR-157(3) |
| | | ALSO          1:07-CV-594 |
| Plaintiff, | : | District Judge Susan J. Dlott |
| | | Chief Magistrate Judge Michael Merz |
| -vs- | : | |
| STEVEN M. RENNICK, SR. | : | MOTION FOR THE ISSUANCE OF |
| Defendant | : | SUBPOENAS IN A CRIMINAL CASE |

_____

Comes now the Defendant, by and through counsel, and moves this court for an Entry granting the issuance of subpoenas in the above captioned case. Defendant requests that individuals listed below be subpoenaed to testify at the Evidentiary Hearing scheduled to begin Thursday, March 20, 2008 at 9:30 a.m. The Defendant prays that the court allows the request for the issuance of the subpoenas for the following people:

Mr. William Gallagher, Esq.
Arenstein & Gallagher
114 East 8th Street
Cincinnati, Ohio 45202

Mr. Matthew Alton Elliott
2411 Harper Ave
Cincinnati, Ohio  45212

Mr. Demetrious Ball
1132 Intercircle Ave.
Cincinnati, Ohio  45240

        Mr. Gregory A. Cohen, Esq.
        The Citadel
        114 East 8th Street
        Cincinnati, Ohio

        Mr. Richard Goldberg
        2662 Madison Rd
        Cincinnati, Ohio  45208

Defendant requests that individuals listed above be subpoenaed to testify at the Evidentiary Hearing and by the instructions of this court the subpoenas are attached to this motion for the purposes of delivery by the Marshals. Mr. Rennick prays witness fees will not be calculated and paid, because this case is a Criminal Justice Act appointed case.

The Defendant prays that the court allows the request for the issuance of the subpoenas with witness fees waived and the delivery of the subpoenas by the United States Marshal Service.

        Respectfully submitted:

        s/Lawrence J. Greger
        Lawrence J. Greger 0002592
        Attorney for Defendant
        120 W. Second Street
        Suite 1100
        Dayton, Ohio 45402
        (937) 223-3153
        lgreger912@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion was electronically served upon all counsel of record on the date same was filed with the Court.

        s/Lawrence J. Greger
        Lawrence J. Greger