# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

        Plaintiff,             :       Case No. 1:02-cr-157 (3)
                                   Also 1:07-cv-594

                                   District Judge Susan J. Dlott
     -vs-                            Chief Magistrate Judge Michael R. Merz
                         :

STEVEN M. RENNICK, SR.,

        Defendant.

---

## ORDER FOR ISSUANCE OF SUBPOENAS

---

On Motion of the Defendant (Doc. No. 280), it is hereby ORDERED that the subpoenas requested in the Motion be issued by the Clerk and delivered to the United States Marshal for service as provided in 28 U.S.C. § 1915(d).

February 18, 2008.

                                         s/ **Michael R. Merz**
                                    Chief United States Magistrate Judge