AO89 (Rev. 7/95) Subpoena in a Criminal Case

# UNITED STATES DISTRICT COURT

For the Southern DISTRICT OF Ohio Western Division (Dayton)

United States of America

V.

Steven M. Rennick, Sr.

**SUBPOENA IN A CRIMINAL CASE**

Case Number: 1:02-cr-157(3); 1:07-cv-594

TO: Mr. William Gallagher, Esq.
Arenstein & Gallagher
114 East 8th Street
Cincinnati, OH 45202

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| 200 West Second Street<br>Dayton, Ohio 45402 | 4 |
| | DATE AND TIME<br>3-20-2008   9:30 a.m. |

☐ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

**James Bonini, Clerk**

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| /s/ Jeff Davis<br>(By) Deputy Clerk | 2-19-08 |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

Lawrence J. Greger
120 West Second Street, Suite 1100
Dayton, OH 45402 Telephone: 937-223-3153

AO89 (Rev. 7/95) Subpoena in a Criminal Case

# UNITED STATES DISTRICT COURT

For the Southern DISTRICT OF Ohio Western Division (Dayton)

United States of America

V.

Steven M. Rennick, Sr.

**SUBPOENA IN A CRIMINAL CASE**

Case Number: 1:02-cr-157(3); 1:07-cv-594

TO: Mr. Richard Goldberg
2662 Madison Road
Cincinnati, OH 45208

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| 200 West Second Street<br>Dayton, Ohio 45402 | 4 |
| | DATE AND TIME<br>3-20-2008    9:30 a.m. |

☐ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| James Bonini, Clerk<br>(By) Deputy Clerk<br>*Jeff Davis* | 2-19-08 |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

Lawrence J. Greger
120 West Second Street, Suite 1100
Dayton, OH 45402 Telephone: 937-223-3153

AO89 (Rev. 7/95) Subpoena in a Criminal Case

# UNITED STATES DISTRICT COURT

For the Southern    DISTRICT OF    Ohio Western Division (Dayton)

| United States of America | |
|---|---|
| v. | **SUBPOENA IN A CRIMINAL CASE** |
| Steven M. Rennick, Sr. | Case Number: 1:02-cr-157(3); 1:07-cv-594 |

TO:    Mr. Gregory A. Cohen, Esq.
       The Citadel
       114 East 8th Street
       Cincinnati, OH 45202

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| 200 West Second Street<br>Dayton, Ohio 45402 | 4 |
| | DATE AND TIME |
| | 3-20-2008    9:30 a.m. |

☐ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT<br>James Bonini, Clerk | DATE |
|---|---|
| (By) Deputy Clerk<br>*Jeff Davis* | 2-19-08 |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

Lawrence J. Greger
120 West Second Street, Suite 1100
Dayton, OH 45402 Telephone: 937-223-3153

AO89 (Rev. 7/95) Subpoena in a Criminal Case

# UNITED STATES DISTRICT COURT

For the Southern   DISTRICT OF   Ohio Western Division (Dayton)

| United States of America | SUBPOENA IN A CRIMINAL CASE |
|---|---|
| V. | |
| Steven M. Rennick, Sr. | Case Number: 1:02-cr-157(3); 1:07-cv-594 |

TO: Mr. Matthew Alton Elliot
2411 Harper Ave.
Cincinnati, OH 45212

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| 200 West Second Street<br>Dayton, Ohio 45402 | 4 |
| | DATE AND TIME |
| | 3-20-2008   9:30 a.m. |

☐ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT<br>**James Bonini, Clerk** | DATE<br>2-19-08 |
|---|---|
| (By) Deputy Clerk<br>*Jeff Davis* | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

Lawrence J. Greger
120 West Second Street, Suite 1100
Dayton, OH 45402 Telephone: 937-223-3153

AO89 (Rev. 7/95) Subpoena in a Criminal Case

# UNITED STATES DISTRICT COURT

For the Southern    DISTRICT OF    Ohio Western Division (Dayton)

United States of America

V.

Steven M. Rennick, Sr.

**SUBPOENA IN A CRIMINAL CASE**

Case Number: 1:02-cr-157(3); 1:07-cv-594

TO:   Mr. Demetrious Ball
      1132 Intercircle Ave.
      Cincinnati, OH 45240

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| 200 West Second Street<br>Dayton, Ohio 45402 | 4 |
| | DATE AND TIME<br>3-20-2008   9:30 a.m. |

☐ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT<br>**James Bonini, Clerk** | DATE<br>*2-19-08* |
|---|---|
| (By) Deputy Clerk<br>*Jeff Davis* | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

Lawrence J. Greger
120 West Second Street, Suite 1100
Dayton, OH 45402 Telephone: 937-223-3153