UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case Nos. 1:02-cr-0157 / 07-cv-594 |
| Plaintiff, | : | |
| | : | <u>Motion for continuance</u> |
| v. | : | |
| | : | JUDGE SUSAN J. DLOTT |
| STEVEN M. RENNICK, SR. | : | |
| Defendant. | : | CHIEF MAGISTRATE JUDGE |
| | : | MICHAEL R. MERZ |

- - - - - - - - - - - - - - - - - - - -

The United States respectfully moves for a continuance of the evidentiary hearing that is presently scheduled for March 20, 2008. A memorandum in support is attached.

Respectfully submitted,

GREGORY G. LOCKHART
United States Attorney

s/ Benjamin C. Glassman
BENJAMIN C. GLASSMAN
Assistant United States Attorney
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202
(513) 684-3711; Fax: (513) 684-6385
Benjamin.Glassman@usdoj.gov

## MEMORANDUM IN SUPPORT OF MOTION

As good cause for an extension, the United States submits that the undersigned is scheduled to begin a jury trial on March 10, 2008. Although that trial hopefully will be complete by March 20, 2008, the timing is uncertain. The place of the jury trial, moreover, has been set in Columbus, Ohio, which will prevent the undersigned from preparing in his office in Cincinnati for the hearing in this matter. Finally, William Gallagher, Rennick's trial counsel and a witness for the evidentiary hearing, has also indicated that March 20, 2008 would present a conflict for him.

A continuance of 2 - 3 weeks would eliminate these problems. Therefore, the United States respectfully seeks a continuance of the March 20, 2008 evidentiary hearing.

                        Respectfully submitted,

                        GREGORY G. LOCKHART
                        United States Attorney

                        s/ Benjamin C. Glassman
                        BENJAMIN C. GLASSMAN
                        Assistant United States Attorney
                        221 East Fourth Street, Suite 400
                        Cincinnati, Ohio 45202
                        (513) 684-3711; Fax: (513) 684-6385
                        Benjamin.Glassman@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for Continuance was filed with the Court's CM/ECF System this 21st day of February, 2008, which provides service to Lawrence Joseph Greger, Esq., counsel to Rennick.

                                                s/ Benjamin C. Glassman
                                                BENJAMIN C. GLASSMAN
                                                Assistant United States Attorney