# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

       Plaintiff,      :      Case No. 1:02-cr-157 (3)
                                         Also 1:07-cv-594

                                          District Judge Susan J. Dlott
     -vs-                                  Chief Magistrate Judge Michael R. Merz
                                       :

STEVEN M. RENNICK, SR.,

       Defendant.

## ENTRY DENYING MOTION FOR CONTINUANCE

This case is before the Court on the Renewed Motion for Continuance by the United States (Doc. No. 284). While the Court appreciates the scheduling difficulty Plaintiff's counsel presents and notes that the potential conflict is with a case pending in this Court, the continuance requested by Plaintiff of two-three weeks would place a new setting in conflict with another trial setting in this Court, this time involving Petitioner's counsel.

Accordingly, the Renewed Motion for Continuance is denied without prejudice to its renewal if the trial in which Government counsel is involved actually is not completed by March 20, 2008.

February 23, 2008.

                                                             s/ **Michael R. Merz**
                                                     Chief United States Magistrate Judge