IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No: 1:02-cr-157(3) |
| | | 1:07-cv-594 |
| - vs - | : | |
| | | District Judge Susan J. Dlott |
| STEVEN M. RENNICK, SR., | : | Chief Magistrate Judge Michael R. Merz |
| | : | |
| Defendant. | | |

### ALIAS WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO THE WARDEN, FEDERAL MEDICAL CENTER, LEXINGTON, KENTUCKY
TO THE UNITED STATES MARSHAL FOR THE SOUTHERN DISTRICT OF OHIO:
AND TO ANY OTHER AUTHORIZED LAW ENFORCEMENT OFFICER:

  We command you, that you have the person of **STEVEN M. RENNICK, SR., Inmate #04050-032** in the Federal Medical Center, Lexington, Kentucky, under safe and secure conduct, before the undersigned United States Magistrate Judge for the Southern District of Ohio, on the **20th day of March, 2008, at 9:30 a.m. and continuing day to day until complete** for an evidentiary hearing at the United States District Court, 200 West Second Street, Courtroom #4, Fifth Floor, Dayton, Ohio.

  We further command you, that said **STEVEN M. RENNICK, SR.** is to be present pending testimony in the pending case, and that you then return him to the said Federal Medical Center, under safe and secure conduct, and have you then and there this Writ. The United States Marshal shall provide transportation to and from said hearing.

  This Alias Writ replaces the original Writ of Habeas Corpus Ad Testificandum issued for March 20th, 2008, to order the Marshals to provide transportation. A Certified copy of this Writ shall be authority for the United States Marshal and any other authorized law enforcement officer to act in the premises.

February 25, 2008.

                 *s/ Michael R. Merz*
                United States Magistrate Judge

RETURN

This writ was received and executed with the transportation of the above-named inmate as follows:

_____.

Date Received:_____

Date of Return:_____

                                                 _____
                                                                Officer