**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

**CRIMINAL MINUTES - GENERAL**

**Case No.** __1:02-CR-157 (3)__          **Date:** ___3/20/2008_____


**Caption:** _STEVEN M. RENNICK, SR., v. UNITED STATES OF AMERICA_

**PROCEEDING:** Evidentiary Hearing _____

**BEFORE  HONORABLE  MICHAEL R. MERZ , U. S. MAGISTRATE JUDGE**

___Gayle D. Hays_____          Paula Blosser_____
**Courtroom Deputy Clerk**          **Tape #     /Court Reporter**

**PETITIONER ATTORNEYS:**          **DEFENDANT ATTORNEYS:**
**Larry Greger** _____          _Ben Glassman_____


_____          _____


_____          _____


_____          _____

**MINUTES:**

**Testimony heard.  Petitioner exhibits 1-14 admitted without objection.  Exhibits logged into the exhibit room of the Clerk's office at Shelf 7, Bin 1; Writ of Habeas Corpus is dissolved and petitioner is ordered returned to FMC Lexington. Petitioner's brief is due 6/30/2008 and Respondent's response is due 7/30/2008. Transcript is ordered to be prepared at the standard rate.**

Case No. __1:02-CR-157(3)_____          Date: __3/20/2008_____

Case Caption: __RENNICK V. UNITED STATES__          Page: ____1_____

Court Reporter: Paula Blosser          Courtroom Deputy: __Gayle Hays__

| Pet. | | Resp. | Exh | Item | Atty. | Exam | Time |
|---|---|---|---|---|---|---|---|
| | | | | Court Open | | | 9:41 |
| | | | | Separation of Witnesses | | | |
| | | | | | | | |
| | | | | Opening Statement | | | 9:43 |
| | | | | Defense | | | |
| | | | | | | | |
| | | | | Gregory Cohen | Pet. | Direct | 9:48 |
| | | | | | | | |
| 1 | ✓ | | 1 | Super Seding Superseding | | | |
| | | | | Info | | | |
| 2 | ✓ | | 2 | | | | 10:16 |
| | | | | page 4 | | | |
| 3 | ✓ | | 3 | Copy of Judictment | | | 10:33 |
| 4 | ✓ | | 4 | Copy of Super. Indict | | | 10:36 |
| | | | | | | | |
| | | | | | Resp | Cross | 10:43 |
| | | | | | | | |
| | | | | | Pet | Re-Dir | 10:56 |
| | | | | | | | |
| | | | | Matthew Elliott | | | 11:06 |
| | | | | | Pet | Direct | |
| 3 | | | 3 | | | | |
| 4 | | | 4 | | | | |
| 5 | ✓ | | 5 | Transcript of Elliott | | | 11:40 |
| | | | | sentencing hearing | | | . |
| | | | | page 4 lines 8-10 | | | |
| | | | | | | | |

Case No.   **1:02-CR-157(3)**                          Date:  3/20/2008

Case Caption:  **RENNICK V. UNITED STATES**            Page:  2

Court Reporter: Paula Blosser                          Courtroom Deputy: **Gayle Hays**

| Pet. | | Resp. | Exh | Item | Atty. | Exam | Time |
|---|---|---|---|---|---|---|---|
| | | | | Recess | | | 11:58 |
| | | | | | | | |
| | | | | Reconvene | | | 13:22 |
| | | | | | | | |
| 6 | ✓ | | 6 | | | | |
| 7 | ✓ | | 7 | Transcripts of Pleas | | | 13:33 |
| | | | | page 31 | | | |
| 4 | | | 4 | page 9 | | | 13:41 |
| | | | | | | | |
| | | | | Cross | Resp | Cross | 13:47 |
| | | | | | | | |
| | | | | | | | |
| | | | | Demetrius Ball | Pet. | Direct | 13:49 |
| 8 | ✓ | | 8 | | | | 13:56 |
| | | | | | | | |
| | | | | | Resp | Cross | 14:01 |
| | | | | | | | |
| | | | | Steven Rennick | Pet | Direct | 14:03 |
| | | | | | | | |
| | | | | Joint Appendix | | | |
| | | | | Pg. 14 (page 121) | | | |
| | | | | | | | |
| | | | | Recess | | | 15:03 |
| | | | | | | | |
| | | | | Reconvene | | | 15:21 |
| | | | | | | | |
| | | | | | | | |

Case No. __1:02-CR-157(3)__                      Date: __3/20/2008__

Case Caption: __RENNICK V. UNITED STATES__        Page: ___3___

Court Reporter: Paula Blosser                Courtroom Deputy: Gayle Hays

| Pet. | | Resp. | | Exh | Item | Atty. | Exam | Time |
|---|---|---|---|---|---|---|---|---|
| 9 | ✓ | | | 9 | | | | |
| 10 | ✓ | | | 10 | | | | |
| 11 | ✓ | | | 11 | | | | |
| 12 | ✓ | | | 12 | | | | |
| 13 | ✓ | | | 13 | | | | |
| | | | | | | Resp | Cross | 15:38 |
| | | | | | William Gallagher | Pet | Direct | 15:52 |
| 6 | ✓ | | | 6 | | | | 16:17 |
| 14 | ✓ | | | 14 | | | | 17:01 |
| 5 | ✓ | | | 5 | | | | |
| | | | | | | Resp | Cross | 17:19 |
| 14 | | 14 | | 14 | | | | |
| 14 | | | | 14 | | Pet. | Re-Dir. | 17:30 |
| | | | | | | Resp | Re-Cross | 17:34 |
| | | | | | Pet. Ex. 1-14 admitted w/out obj. | | | |
| | | | | | Writ of H.C. ad Pros. | | | |
| | | | | | dissolved : | | | |
| | | | | | Briefing Schedule | | | |
| | | | | | Petitioners brief due 6/30/08 | | | |
| | | | | | Respondant response due. | 7 | 30 | 08 |
| | | | | | | | | |
| | | | | | | | | |

**Case No.** ___1:02-CR-157(3)___

**Date:** ___2/    /2008-___

**Case Caption:** ___RENNICK V. UNITED STATES___

**Page:** ___4___

**Court Reporter:** Paula Blosser

**Courtroom Deputy:** _Gayle Hays_

| Pet. | | Resp. | | Exh | Item | Atty. | Exam | Time |
|---|---|---|---|---|---|---|---|---|
| | | | | | Transcript ordered at standard rate | | | |
| | | | | | | | | |
| | | | | | Exhibits lodged in file room at | | | |
| | | | | | Bin — 1 | | | |
| | | | | | Shelf 7 | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

H:\Courtroom Forms\Second Sheet for Trial Minutes.wpd