**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO.    1:02-CR-157(3) |
| Plaintiff-Respondent | | ALSO    1:07-CV-594 |
| | : | |
| | | District Judge Susan J. Dlott |
| | : | Chief Magistrate Judge Michael Merz |
| - vs - | | |
| | : | |
| STEVEN M. RENNICK, SR. | | |
| Defendant-Movant | : | |

_____

**DEFENDANT'S MOTION FOR EXTENSION OF TIME**
**TO FILE REPLY**
_____

Comes now the Defendant by and through counsel, and moves this court to extend

his deadline to file his reply to the Government's response until Monday August 11,

2008. Pursuant to local rule, counsel for Defendant called counsel for the government,

who agreed to the extension, if granted by the court.

For all the foregoing reasons, Defendant requests a brief extension of his reply

deadline until Monday August 11, 2008.

Respectfully submitted:

S/:Lawrence J. Greger
Attorney at Law 0002592
Suite 1100 Liberty Tower
Dayton, OH 45402
(937) 223-3153
Attorney for Defendant Rennick

## <u>CERTIFICATE OF SERVICE</u>

     I hereby certify that a copy of the foregoing motion was sent to Mr. Benjamin C. Glassman, Assistant United States Attorney, by filing same with the court via the CM/ECF system.


                    <u>S/: Lawrence J. Greger</u>