IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff(s), | |
| vs. | Case Number: 1:02cr157 -3 <br> 1:07cv594 |
| STEVEN M. RENNICK, SR., | Chief Judge Susan J. Dlott |
| Defendant(s). | |

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Michael R. Merz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on December 15, 2008 a Report and Recommendation (Doc. 296). Subsequently, the defendant filed objections to such Report and Recommendation (Doc. 300) and the Government filed a response to the objections (Doc. 301).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, defendant has not established that his conviction is infected by ineffective assistance of counsel. His § 2255 motion is **DENIED.**

**IT IS SO ORDERED.**

    ___s/Susan J. Dlott_____
    **Chief Judge Susan J. Dlott**
    **United States District Court**