IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| STEVE RENNICK, SR., : | |
| : | |
| Petitioner(s), : | |
| : | Case Number: 1:02cr157 |
| vs. : | |
| : | Chief Judge Susan J. Dlott |
| UNITED STATES OF AMERICA, : | |
| : | |
| Respondent(s). : | |

ORDER

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz filed on May 26, 2009 (Doc. 305), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired June 15, 2009, hereby ADOPTS said Report and Recommendations.

Accordingly, Defendant/Petitioner Steven M. Rennick, Sr.'s, Motion for a certificate of appealability on the two requested issues: (1) Defendant/Petitioner was coerced into pleading guilty by the prosecution's offer of a "package deal" and (2) Defendant/Petitioner received ineffective assistance of counsel in pleading guilty are **GRANTED.**

IT IS SO ORDERED.

   s/Susan J. Dlott
Chief Judge Susan J. Dlott
United States District Court